**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

**VS.**                          **CASE NO. 4:01CV00478**

**PATIENT TRANSFER SERVICE, INC.,**                  **DEFENDANTS**
**DONALD WISE, KEVIN WISE AND
SHIRLEY WALLACE**

## ORDER

Pending is the United States' motion and application to re-open. (Docket # 48). For good cause shown, the motion is granted. This civil case is re-opened as to Kevin Wise, Shirley Wallace and Patient Transfer Service, Inc.

IT IS SO ORDERED this 9th day of January, 2007.

                                           _____
                                           James M. Moody
                                           United States District Judge