**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                        **PLAINTIFF**

VS.                  **CASE NO. 4:01CV00478**

**PATIENT TRANSFER SERVICE, INC.,**             **DEFENDANTS**
**DONALD WISE, KEVIN WISE AND
SHIRLEY WALLACE**

## ORDER

The motion of Mr. Sam Perroni to withdraw as counsel for Defendant Donald Wise is granted. (Docket # 43 and 45). The Clerk is directed to withdraw Mr. Perroni as attorney of record for Donald Wise.

IT IS SO ORDERED this 5th day of February, 2007.

James M. Moody
United States District Judge