**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

**VS.**                          **CASE NO. 4:01CV00478**

**PATIENT TRANSFER SERVICE, INC.,**                 **DEFENDANTS**
**DONALD WISE, KEVIN WISE AND
SHIRLEY WALLACE**

## ORDER

Pending is the government's motion for voluntary dismissal. (Docket # 65). For good cause shown, the motion is GRANTED. This case is hereby dismissed without prejudice.

IT IS SO ORDERED this 16th day of July, 2007.

_____
James M. Moody
United States District Judge